UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

UNITED STATES OF AMERICA )
)
vs. ) DKT # 3:11CR37-008/LAC
)
KENDELL JAMAL CUSHON )

## ORDER ON VIOLATION OF SUPERVISED RELEASE

THIS MATTER comes on for review upon referral from the U.S. Probation Office. After a thorough review of this matter and consultation with the U.S. Probation Office, the Court has determined the ends of justice could best be served by holding the violation in abeyance as cited in the Violation Petition filed on May 20, 2020.

DONE AND ORDERED this 2nd day of September 2020.

_____
Lacey A. Collier
Senior United States District Judge

Date Signed: 2nd Sept 20